UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN J. MOSER,** } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.:  2:13-cv-01656-MHH |
| } | |
| **TRANSUNION, LLC,** } | |
| } | |
| Defendant. } | |

## ORDER

Plaintiff John Moser has filed a motion to dismiss defendant TransUnion, LLC with prejudice.  (Doc. 17).  The Court construes the motion as one filed pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Court **GRANTS** the motion and **ORDERS** that Mr. Moser's claims against TransUnion, LLC are **DISMISSED WITH PREJUDICE**.

The parties are to bear their own costs, expenses, and attorney's fees.  Because TransUnion, LLC is the only defendant, the Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this 24th day of March, 2014.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE